IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

PHILLIP L. PEED and
DEBORAH PEED,

    Debtors.

CHAPTER 13
CASE NO.: 09-15486

---

PHILLIP L. PEED and
DEBORAH PEED,

    Plaintiffs,

vs.

SETERUS, INC., Servicer for Federal
National Mortgage Association; and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("Fannie Mae"),

    Defendants.

ADVERSARY PROC. NO. 14-00025

---

## PLAINTIFFS' MOTION TO APPROVE COMPROMISE AND SETTLEMENT AND TO APPROVE COMPENSATION TO PLAINTIFFS' COUNSEL

COME NOW Phillip L. Peed and Deborah Peed ("Plaintiffs"), Plaintiffs in adversary proceeding No. 14-00025 who are also the debtors in the above-styled case, by and through counsel, and move this Honorable Court for an Order approving a compromise settlement with Defendants, Seterus, Inc. ("Seterus") and Federal National Mortgage Association ("Fannie Mae") (collectively "Defendants"), which will resolve all claims against Defendants in the adversary proceeding. As grounds for approving the settlement, the Plaintiffs would show as follows:

    1.    The Plaintiffs instituted suit in this Court against Seterus and Fannie Mae, alleging violations of the Bankruptcy Court Rules and Code, the FDCPA, and Breach of Contract (the 2012 Settlement Agreement) with respect to Defendants' conduct as set out in the complaint. The

Plaintiffs sought appropriate judicial relief as well as any appropriate damages.

2. The Defendants filed a Motion to Dismiss, which was denied by the Court. The Defendants then filed an Answer.

3. The parties conducted extensive discovery, including interrogatories, requests for production of documents, and depositions.

4. The Plaintiffs produced documentation that their mortgage loan account, at all times relevant in this adversary proceeding, has been current and that Plaintiffs have, in fact, paid in excess of the required monthly payment.

5. After making adjustments to the Plaintiffs' account resulting from this litigation Seterus reported the unpaid principal balance of the Plaintiffs' mortgage loan account as $118,759.12 after applying the Plaintiffs' February 2016 payment.

6. Based upon Plaintiffs' timely monthly payments and monthly excess payments applied to principal only, the Plaintiffs calculate the unpaid principal balance as $117,087.68 after application of the February 2016 payment. The Plaintiffs' account is current.

7. As of February 15, 2016, Seterus reports the Plaintiffs' escrow balance as $1,832.48. Seterus has determined that there is an escrow shortage in the amount of $444.49. The escrow shortage is included in the monthly escrow payment as set out in paragraph 8(d).

8. Following the exchange of discovery and the taking of depositions, the parties discussed settlement and the following proposal was made to the Plaintiffs by Defendants. Upon the Court's approval of this compromise:

    a. Within fourteen (14) days of the Court's approval, the Defendants shall pay Plaintiffs the cash sum of $65,000.00. The payment shall be made payable to the *Trust Account of Nick Wooten, LLC, for the benefit of Phillip and*

*Deborah Peed*.

b. The Defendants shall provide Plaintiffs a permanent loan modification effective April 1, 2016, with the New Principal Balance of $119,450.29, at a fixed interest rate of 4.00%, amortized over 480 months. The loan modification agreement is attached hereto as ***Exhibit A*** and incorporated herein by reference.

c. The Defendants shall reflect the new principal balance of $119,450.29 as "current" as of April 1, 2016.

d. The total amount of the Plaintiffs' monthly mortgage payment under the Loan Modification Agreement is $752.67. This amount includes the principal and interest in the amount of $499.23, beginning on the 1st day of April, 2016, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. In addition to the principal and interest, Plaintiffs agree to pay Seterus a monthly escrow payment in the initial amount of $253.44, subject to adjustment pursuant to the terms of the Note, Loan Modification Agreement, or the Mortgage.

e. Plaintiffs shall execute the Loan Modification Agreement and return the executed Agreement, along with the April 1, 2016 payment in the amount of $752.67 to Seterus by April 1, 2016.

f. Except as to those specific terms modified by the loan modification agreement, all terms and conditions of the original Note shall remain in force and effect.

g. Seterus shall resume mailing a monthly mortgage statement to the Plaintiffs

beginning with the first month of the loan modification.

    h.    Within thirty (30) days of the Court's approval, Seterus shall submit a Universal Data Form to all credit reporting agencies where Seterus reports consumer credit information to accurately reflect the subject account information reported on each Plaintiff's credit report. That Universal Data Form shall indicate that the plaintiffs have timely paid all payments due under the mortgage since Seterus began servicing the Plaintiffs' mortgage loan.

    i.    The Plaintiffs shall execute a mutually satisfactory release with the Defendants which will become effective when the Court approves this settlement and will be void if the Court rejects the settlement.

    j.    The Plaintiffs and Defendants shall file a joint motion for dismissal with prejudice of the claims against Defendants in this adversary proceeding within fifteen (15) days of the Court's approval of this settlement, with each party bearing its own attorneys' fees and costs.

9. Counsel for the Plaintiffs performed his services on a contingency fee employment contract which calls for the payment of 50% of the gross amount recovered plus the reimbursement of any out of pocket expenses in this matter.

10. Counsel for the Plaintiffs seeks an award of fees and costs of $30,000 which results from Counsel's agreement with the Plaintiffs as to the amount of his compensation and is an amount less than the amount Plaintiffs' counsel would be due under the terms of the employment agreement.

Page 4 of 6
Case 14-00025    Doc 83    Filed 03/01/16    Entered 03/01/16 18:56:14    Desc Main
Document    Page 4 of 6

WHEREFORE, the Plaintiffs, having made their motion to approve the compromise and settlement in this action, pray of the Court as follows:

A. That the Court approve the settlement as outlined above as being in the best interests of the debtors;

B. That the Court Order that the parties complete the settlement according to the terms outlined above, including the payment of any monies required and the finalization of the loan modification pursuant to this settlement;

C. That Plaintiffs' counsel is entitled to and is awarded the sum of $30,000 for his compensation for fees and expenses related to his work in this matter from the gross settlement funds paid by the defendants.

D. That the Plaintiffs have such other and further relief as the Court may deem just and proper.

This 1sts day of March, 2016.

Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten - Bar No. WOO084
Nick Wooten, LLC
17200 Chenal Parkway #300 – Box 357
Little Rock, AR 72223
Tel. (334) 887-3000
Fax (334) 821-7720
Email: nick@nickwooten.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on the following parties in interest via electronic filing on this the 1st day of March, 2016.

Hope T. Cannon
Glenn E. Glover
James Blake Bailey
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
hcannon@babc.com
gglover@babc.com
jbailey@babc.com

/s/ Nick Wooten
*Of Counsel*